IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATON TECHIYA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-801-CFC |
| | ) | |
| HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, | ) ) | |
| | ) | |
| Defendant. | ) | |
| STATON TECHIYA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-802-CFC |
| | ) | |
| HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED and HARMAN KARDON, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1 dated April 18, 2022, Plaintiff Staton Techiya, LLC ("Plaintiff") makes this supplemental disclosure to the best of its current information:

1. Plaintiff states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more ownership interest in Techiya.

2. Plaintiff identifies that it has the following partners:

    (a)    Brian Firestone
    (b)    Carrie T. Schulman 2014 Irrevocable Trust
    (c)    William Holtzman
    (d)    Julia Shepard Waite
    (e)    Lydia H. Shepard
    (f)    Mathew Kennedy
    (g)    Alex Prodoehl
    (h)    Sharona and David Kay
    (i)    Henry Shatkin
    (j)    Joel A. Stone
    (k)    Arlene S. Chew
    (l)    David A. Baum Revocable Trust
    (m)    John Keady
    (n)    John Usher
    (o)    Yasmin Seyal
    (p)    DM Tech Kids Family Limited
    (q)    North Node Ventures, LLC
    (r)    Kesef Investments, LLC
    (s)    Personics Holdings, LLC

3. Plaintiff identifies the following partners of DM Tech Kids Family Limited:

    (a) Daniela Staton

    (b) Arianna Staton

    (c) George Staton

    (d) John Staton

4. Plaintiff identifies the partners of North Node Ventures, LLC:

    (a) William Sheppard

    (b) Shannon Kennedy

    (c) Lydia Sheppard

    (d) Alex Podoehl

    (e) Matt Kennedy

5. Plaintiff identifies the partners of Kesef Investments, LLC:

    (a) Michael Solomon

    (b) Marc Abramowitz

6. Plaintiff identifies the partners of Personics Holdings, LLC:

    (a) Adam Locker Revocable Living Trust

    (b) Adrianus Houtsma

    (c) Alan J. Freint Trust

    (d) Alan Mitchell MD & Beth Mitchell

    (e) Alberto D. Fernandez MD

    (f) Alex Prodoehl

    (g) Antonio M. Vega

    (h) Arlene Chew IRA

    (i) Armando Leonetti

(j) Arnold S. Mikelberg & Judith P Mikelberg

(k) Benjamin J. Genet Revocable Trust dated 2/15/05

(l) Brandon Jerry

(m) Brian E. Dougherty MD

(n) Brian Firestone

(o) Brian J. Fligor

(p) Brian Lee

(q) Bruce S. MD & Harriet S. Zaret

(r) Bruce Shapiro

(s) Carl Drucker & Debra Drucker

(t) Carrie T. Schulman

(u) Daniel & Miriam Morse

(v) David & Cristine Jassir

(w) David Baum

(x) David Shapiro

(y) David Schulman

(z) Dianne McRae

(aa) Donald C. Shepard III

(bb) Donald M. Marks First Amended & Restated Trust dated 9/1/10

(cc) Donald Tescher, Trustee for benefit of Carly Rose Menocal Trust Dated 12/22/09

(dd) Donald Tescher, Trustee for benefit of Connor James Marshall Norris Trust Dated 12/22/09

(ee) Donald Tescher, Trustee for benefit of Emma Rayne Sachs Trust Dated 12/22/09

(ff)     Donald Tescher, Trustee for benefit of Hayden Vann Marshall Norris Trust Dated 12/22/09

(gg)     Donald Tescher, Trustee for benefit of Lyla Hope Sachs Trust Dated 12/22/09

(hh)     Donald Tescher, Trustee for benefit of Mark A. Sachs Trust Dated 12/22/09

(ii)     Donald Tescher, Trustee for benefit of Maya Eden Sachs Trust Dated 12/22/09

(jj)     Donald Tescher, Trustee for benefit of Raimundo Ryan Menocal Trust Dated 12/22/09

(kk)     Donald Tescher, Trustee for benefit of Samuel Nathan Jackman Trust Dated 12/22/09

(ll)     Donald Tescher, Trustee for benefit of Stefanie I. Sachs Trust Dated 12/22/09

(mm)     Doreen & William Brown

(nn)     Doreen and William Brown

(oo)     Dorit Z. Genet Revocable Trusted dated 2/15/05

(pp)     Elizabeth Hyman

(qq)     Ellen B. Livingston

(rr)     Emilex Family LLLP

(ss)     Entrust Group Inc FBO Stacey Packer IRA

(tt)     Felipe J. Martinez MD & Ana Martinez

(uu)     Frank Gary Kronberg

(vv)     Frank J.  MD & Suzanne F. Pearl

(ww)     Gerald M. Holland

(xx)     Goldstein Family Investments, LP

(yy)     Halpern Family Trust

(zz) Harold Landa

(aaa) Henry Shatkin

(bbb) Holly Atkinson

(ccc) Horacio P. & Judit A. Groisman

(ddd) Howard Goldman and Barbara Goldman

(eee) Howard Pleet

(fff) Irene A. Epstein and Merrill H. Epstein

(ggg) Jeffrey A. Jackman 2009 Gift Trust

(hhh) Jeffrey A. Jackman Family Trust Dated12/28/95, Donald Tescher Trustee

(iii) Joel A. Stone

(jjj) John G. Casali

(kkk) John Hunter

(lll) Jonathan & Dianne Cooper

(mmm) Jordan Cohen

(nnn) Joseph Markham Cronin

(ooo) Joshua & Ruth Light

(ppp) JRJS Hallandale Venture Corporation

(qqq) Julia Shepard Waite

(rrr) Lawrence Grobman & Gale Grobman

(sss) Lenbrook Corp.

(ttt) Laser Business Solutions LLC

(uuu) Lydia Hills Shepard

(vvv) Mark Cohen

(www) Mark Clements

(xxx) Martin I Halpern Revocable Trust

(yyy) Matt Kennedy

(zzz) Mayur & Smita Maniar

(aaaa) Michael and Georgia Gottlieb

(bbbb) Michael Owens, MD

(cccc) Michael Schiffman

(dddd) Moises Mitrani MD

(eeee) Monica Hope Goldstein Trust #1

(ffff) Morris Kravecas

(gggg) Norman Matthews (Estate of)

(hhhh) Paul M. Pessis

(iiii) Peter Livingston

(jjjj) Philip Baratz

(kkkk) Richard Zisook

(llll) Robert Case

(mmmm) Roberto J. Lang

(nnnn) Ronald L. Blankstein. MD

(oooo) S. Sylvia Shepard

(pppp) Samuel Jerry

(qqqq) Saul Kravecas

(rrrr) Sharona and David Kay

(ssss) SMG Malbec Holdings, LLC

(tttt) 190 Building Partnership

(uuuu) Stacey B. Schulman Irrevocable Trust

(vvvv) Stacey Citrin

(wwww) Stephen Jackman

(xxxx) Steven Mark Fletcher

(yyyy) Steven W. Goldstein as Trustee of the Steven W. Goldstein Revocable Trust dated 6/28/08

(zzzz) Stewart P & Lila Newman

(aaaaa)   The William S Holtzman & Sylvia Shepard Joint Revocable Living Trust 12/09/02

(bbbbb) Thomas Hazlett

(ccccc) Todd & Lori Kupferman

(ddddd) Todd Schulman Irrevocable Trust

(eeeee) Todd Thibodeaux

(fffff) TWS Family, LLC

(ggggg) Warren Struhl

(hhhhh) Wendi M. Jackman Norris 2009 Gift Trust

(iiiii) Wendi M. Jackman Norris Irrevocable Family Trust dated 12/28/95

(jjjjj) William A. Shepard

(kkkkk) William A. Shepard and Shannon Kennedy

(lllll) William Holtzman

Plaintiff is endeavoring to locate the names of every owner and member of 190 Building Partnership; Emilex Family LLLP; Goldstein Family Investments, LP; Laser Business Solutions LLC; SMG Malbec Holdings, LLC; and TWS Family, LLC. and will supplement its disclosures when that information becomes available.

|  |  |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com |
| Lee Yeakel<br>KING & SPALDING LLP<br>500 West Second Street, Suite 1800<br>Austin, TX 78701<br>(512) 457-2041 | |
| Thomas J. Friel, Jr.<br>KING & SPALDING LLP<br>601 S. California Avenue, Suite 100<br>Palo Alto, CA 94304<br>(650) 457-6741 | |
| James P. Brogan<br>KING & SPALDING LLP<br>1401 Lawrence Street, Suite 1900<br>Denver, CO 80202<br>(720) 535-2310 | |

Dated: August 24, 2023