IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STATON TECHIYA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-801-CFC |
| ) | |
| HARMAN INTERNATIONAL ) | |
| INDUSTRIES, INCORPORATED, ) | |
| ) | |
| Defendant. ) | |
| STATON TECHIYA, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 23-802-CFC |
| ) | |
| HARMAN INTERNATIONAL ) | |
| INDUSTRIES, INCORPORATED and ) | |
| HARMAN KARDON, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S STATEMENT REGARDING THIRD-PARTY LITIGATION FUNDING ARRANGEMENTS**

Pursuant to the Honorable Chief Judge Connolly Standing Order Regarding Third-Party Litigation Funding Arrangements dated April 18, 2022 ("Order"), Plaintiff Staton Techiya, LLC states the following:

a. Plaintiff identifies PurpleVine IP Operating (Shenzen) CO., LTD. ("PurpleVine IP") as a "Third-Party Funder" (as defined in the Order).

Plaintiff and PurpleVine IP have made arrangements whereby Plaintiff is to receive funding for its attorneys' fees and expenses to litigate this action on a non-recourse basis in exchange for a financial interest that is contingent upon the results of the litigation that is not in the nature of a personal loan, bank loan, or insurance. PurpleVine IP is a company organized under the laws of the People's Republic of China. Its address is 29/F, Block C, China Resources Land Building, No. 9668, Shennan Avenue, Nanshan District, Shenzhen, China. PurpleVine IP is incorporated as a limited liability company; it is owned by its shareholders. Its place of formation was Qianhai District, Shenzhen City, Guangdong Province, China.

b. PurpleVine IP's approval is not necessary for litigation or settlement decisions in this action. PurpleVine IP has no authority to make litigation decisions or settlement decisions.

c. PurpleVine IP is a provider of external capital to the Plaintiff. PurpleVine IP is not an owner of, or partner in, or party to any claims in this action. PurpleVine IP has not acquired any rights to direct this action or to the control or to the resolution of any claims in this action. PurpleVine IP is entitled to receive reimbursement of advanced expenses as well as a percentage of remaining net proceeds from recoveries. Plaintiff does not believe there is any conflict of interest as a result of its arrangement with PurpleVine IP.

*Of Counsel:*

Lee Yeakel
KING & SPALDING LLP
500 West Second Street, Suite 1800
Austin, TX 78701
(512) 457-2041

Thomas J. Friel, Jr.
KING & SPALDING LLP
601 S. California Avenue, Suite 100
Palo Alto, CA 94304
(650) 457-6741

James P. Brogan
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
(720) 535-2310

Dated: August 24, 2023

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com