IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATON TECHIYA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-801-CFC |
| | ) | |
| HARMAN INTERNATIONAL | ) | |
| INDUSTRIES, INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STATON TECHIYA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-802-CFC |
| | ) | |
| HARMAN INTERNATIONAL | ) | |
| INDUSTRIES, INCORPORATED and | ) | |
| HARMAN KARDON, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the

admission *pro hac vice* of Lee Yeakel, Thomas J. Friel, Jr., McGregor Scott, James P. Brogan,

Roy Falik, and Ojeiku C. Aisiku to represent the plaintiff in these matters.  Pursuant to this

Court's Standing Order effective September 1, 2016, the fees for the above-listed attorney will

be submitted upon the filing of this motion.

{01933769;v1 }

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

Dated:  August 29, 2023                *Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STATON TECHIYA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-801-CFC |
| | ) | |
| HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| STATON TECHIYA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-802-CFC |
| | ) | |
| HARMAN INTERNATIONAL INDUSTRIES, INCORPORATED and HARMAN KARDON, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This ___ day of _____, 2023, the Court having considered the motion for the admission *pro hac vice* of Lee Yeakel, Thomas J. Friel, Jr., McGregor Scott, James P. Brogan, Roy Falik, and Ojeiku C. Aisiku to represent the plaintiff in the above actions; now therefore,

IT IS HEREBY ORDERED that counsel's motion is granted, and that the foregoing attorneys are admitted *pro hac vice*.

_____
Chief Judge

{01933769;v1 }

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Lee Yeakel*

_____

Lee Yeakel
KING & SPALDING LLP
500 West Second Street, Suite 1800
Austin, TX 78701
(512) 457-2041

Dated:  August 28, 2023

{01933769;v1 }

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Thomas J. Friel, Jr.*

_____
Thomas J. Friel, Jr.
KING & SPALDING LLP
601 S. California Avenue, Suite 100
Palo Alto, CA 94304
(650) 457-6741

Dated:  August 29, 2023

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ McGregor Scott*

_____

McGregor Scott
KING & SPALDING LLP
621 Capitol Mall Suite 1500
Sacramento, CA  95814
(916) 321-4818

Dated:  August 25, 2023

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Colorado, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

/s/ James P. Brogan

_____
James P. Brogan
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
(720) 535-2310

Dated:  August 29, 2023

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I am admitted, practicing, and in good standing as a member of the Bar of the State of Colorado, and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

*/s/ Roy Falik*

_____

Roy Falik
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
(720) 535-2310

Dated:  August 29, 2023

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, that I

am admitted, practicing, and in good standing as a member of the Bar of the State of New York,

and, pursuant to Local Rule 83.6, that I submit to the disciplinary jurisdiction of this Court for

any alleged misconduct which occurs in the preparation or course of this action. I also certify

that I am generally familiar with this Court's Local Rules.


*/s/ Ojeiku C. Aisiku*

_____
Ojeiku C. Aisiku
KING & SPALDING LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-2601
(212) 556-2100


Dated:  August 29, 2023