# EXHIBIT D

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| APPLICATION NO. | : | 17235130 | CONFIRMATION NO. 6181 |
|---|---|---|---|
| APPLICATION OF | : | Steven W. Goldstein | |
| DATE FILED | : | 20-APR-2021 | |
| EXAMINER | : | UNKNOWN | |
| TC/A.U. | : | UNKNOWN | |
| DOCKET | : | CONT-16736820 | |
| TITLE | : | INFORMATION PROCESSING USING A POPULATION OF DATA ACQUISITION DEVICES | |

**PRELIMINARY AMENDMENT**

Commissioner for Patents
P. O. Box 1450
Alexandria, VA 22313-1450                                         Date: June 8, 2021

Sir:

These claim amendments are filed prior to the first Office Action.  Please amend the above-identified patent application as follows:

- **Amendments to the Claims** begin on page 2 of this paper, where claim 1 has been amended and claims 2-11 are new.

Should the Examiner have any questions, the Examiner is respectfully requested to contact the undersigned representative at the telephone number listed below.

Respectfully submitted,

TECHIYA LLC

/John P. Keady/
John P. Keady
Assistant General Counsel: Intellectual Property
and Chief Technical Officer
Staton Techiya LLC
Reg. No. 56,389
Tel:  571-606-1291

Application No.: 17235130
Docket No.: CONT-16736820
Page 2 of 3

## AMENDMENTS TO THE CLAIMS

The following listing of claims will replace all prior versions, and listings, of claims in the application.

**Listing of Claims:**

1.(currently amended) A system comprising:

a device among a plurality of acoustic devices ~~distributed in an environment~~; wherein the device is configured as a controller, wherein the controller <u>is configured to</u> perform[[s]] operations comprising:

selecting a subset of acoustic devices from among the plurality of acoustic devices for acquiring sensor acoustic data, wherein the subset of acoustic devices are configured to interchange device information <u>and data over a communication link</u>;

~~determining the locations of the selected subset of acoustic devices;~~

receiving a first set of sensor acoustic data from a first acoustic device of the selected subset of acoustic devices;

receiving a second set of sensor acoustic data from a second acoustic device of the selected subset of acoustic devices;

and

~~matching the first and second sets of sensor acoustic data in time~~ <u>analyzing at least one of the first set of sensor acoustic data or the second set of sensor acoustic data or a combination of both to identify if speech is present.</u>

2.(new) The system according to claim 1, wherein the operations further comprise:

analyzing the speech for a keyword.

3.(new) The system of claim 2, wherein the first set of sensor acoustic data and the second set of sensor acoustic data are received based on a triggering event.

4.(new) The system of claim 3, wherein the operations further comprise:

Application No.: 17235130
Docket No.: CONT-16736820
Page 3 of 3

      determining a direction of measurement of at least one device of the subset of devices.

5.(new)   The system of claim 1, wherein the operations further comprise:

      selecting the subset of devices based on geographic proximity to a user.

6.(new)   The system of claim 2, wherein the operations further comprise:

      activating a sensor based upon the keyword.

7.(new)   The system of claim 1, wherein the operations further comprise:

      generating an alert signal based upon an analysis of at least one of the first set of acoustic sensor data or the second set of acoustic data or a combination of both.

8.(new)   The system of claim 1, wherein the operations further comprise:

      analyzing at least one of the first set of acoustic sensor data or the second set of acoustic sensor data or a combination of both for animal sounds.

9.(new)   The system of claim 1, wherein the operations further comprise:

      determining the locations of each of the selected subset of acoustic devices.

10.(new)   The system of claim 2, wherein the operations further comprise:

      determining which of the selected subset of acoustic devices is the closest acoustic device to a user that uttered the keyword.

11.(new)   The system of claim 10, where the operations further comprise:

      determining a voice command from the keyword; and

      sending the voice command to the closest acoustic device.